UNITED STATES ex rel. KWAMI.; Abdul–Bey, Plaintiff— Appellant,

v.

Tyler C. RAGNOW; John W. Blum; Ronald L. Burniske; Gary E. Royse; Dallas L. England; Everett L. Gull, Jr.; James B. Lonergan; John Doe, # 1–99, in their individual capacities as agents of Chartway Federal Credit Union; Credit Union Financial Services, Incorporated, a Virginia Corporation; Chartway Financial Services, LLC, d/b/a Chartway Federal Credit Union, a Virginia Corporation, Defendants.

No. 09–1385.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

Kwami.; Abdul–Bey, Appellant Pro Se.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kwami.; Abdul–Bey appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) action for failure to state a claim and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abdul–Bey v. Ragnow*, No. 2:09–cv–00011–MSD–JEB (E.D. Va. Feb. 9, 2009; Mar. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*